JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA & SIMON LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE DRESS BARN, INC.; SIONI APPAREL GROUP CORP.; ASCENA RETAIL GROUP, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-CV-02328-R<br><br>[Assigned for all purposes to Hon. Manuel L. Real, judge presiding]<br><br>**ORDER ON JOINT STIPULATION TO DISMISS**<br><br>Complaint Filed: April 5, 2016 |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

A. The complaint is dismissed with prejudice;

B. This dismissal is subject to and predicated upon the confidential settlement agreement that gave rise to this dismissal;

C. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

D. The parties will each bear their own costs incurred in this action.

SO ORDERED.

Dated: October 7, 2016

By: _____
Honorable Manuel L. Real